IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

REV. RODERICK T. NEAL                                  PLAINTIFF

v.                     Case No. 5:18-cv-00314-KGB

THE PAPER TIGERS, INC.                               DEFENDANT

## ORDER

Before the Court is the parties' joint stipulation for voluntary dismissal (Dkt. No. 12). The stipulation represents that plaintiff Roderick Neal stated that he wanted this case terminated (*Id*., at 1). Both parties have signed the stipulation (*Id*., at 2). Accordingly, the stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the joint stipulation for voluntary dismissal (Dkt. No. 12). As the stipulation does not specify whether the dismissal is with or without prejudice, the Court dismisses without prejudice the action. Fed. R. Civ. P. 41(a)(B) ("Unless the notice or stipulation states otherwise, the dismissal is without prejudice.").

So ordered this 30th day of May 2019.

_____
Kristine G. Baker
United States District Judge